# Third District Court of Appeal

## State of Florida

Opinion filed November 26, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D13-666
Lower Tribunal Nos. 11-26509-B & 09-37496-B

_____


**Theodore Griffin,**
Appellant,

vs.

**The State of Florida,**
Appellee.


Appeals from the Circuit Court for Miami-Dade County, Miguel M. De La O, Judge.

Ana Gomez-Mallada (Fort Lauderdale), for appellant.

Pamela Jo Bondi, Attorney General, and Jill D. Kramer, Assistant Attorney General, for appellee.


Before WELLS, LAGOA, and LOGUE, JJ.

PER CURIAM.

We affirm without prejudice to any right Theodore Griffin may have to file a motion to withdraw his plea as involuntarily entered. See Gandy v. State, 857 So. 2d 289 (Fla. 2d DCA 2003).